**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6145**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TYRONE BRYANT,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:04-cr-00266-CCE-1)

Submitted:  June 21, 2021                Decided:  June 24, 2021

Before WYNN, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Bryant appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bryant*, No. 1:04-cr-00266-CCE-1 (M.D.N.C., Jan. 11, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*